# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WISCONSIN

**UNITED STATES OF AMERICA**
        Plaintiff,

  v.                                            Case No. 12-CR-168

**KYLE LUTZ**
        **Defendant.**

## ORDER

**IT IS ORDERED** that an amended judgment issue pursuant to Fed. R. Crim. P. 36 including the court's oral pronouncement that the sentence is to run concurrent with any sentence imposed in Jefferson County Circuit Court case number 12CF427.

Dated at Milwaukee, Wisconsin, this 9th day of May, 2013.

                                                  /s Lynn Adelman
                                                  _____
                                                  LYNN ADELMAN
                                                  District Judge